Case 1:22-cv-00079   Document 26   Filed on 06/08/23 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
June 08, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HDR ENGINEERING, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:22-cv-0079 |
| | § | |
| PROFESSIONAL SERVICE INDUSTRIES, INC., | § | |
| | § | |
| Defendant. | § | |

# FIRST AMENDED SCHEDULING ORDER

*FRCP = Federal Rules of Civil Procedure     FPC = Final Pretrial Conference     JPO = Joint Pretrial Order*

1. Trial:  Estimated time to try:   6   days.            ☐ Bench      ☒ Jury
   *If the estimated length of trial is more than five business days, each party must provide specific and itemized time limits as to each witness listed in the Joint Pretrial Order ("JPO").*

2. Parties must comply with FRCP 15 in amending pleadings.

3. New party joinder deadline:                                                                December 22, 2022
   *Furnish a copy of this scheduling order to new parties.*

4. The plaintiff's expert designation and expert report deadline:           May 17, 2023
   *See FRCP 26(a)(2)(D); Local Rule 9(A)(4).*

5. The defendant's expert designation and expert report deadline:          July 17, 2023
   *See FRCP 26(a)(2)(D); Local Rule 9(A)(5).*

6. Discovery completion deadline:                                                             November 13, 2023
   *Every disclosure under FRCP 26(a)(1) or (a)(3) and every discovery request, response, or objection must be signed by at least one attorney of record in the attorney's own name--or by the party personally, if unrepresented--and must state the signer's address, email address, and telephone number.  See FRCP 26(g).*

   *Additionally, a party may move for an order compelling disclosure or discovery.  The motion must include a certification that the movant has in good faith conferred or tried to confer with the person or party failing to make disclosure or discovery to help obtain it without court action.  See FRCP 37(a)(1).  Failure to comply with this rule may result in sanctions and the payment of reasonable expenses and attorney's fees under FRCP 37(a)(5).*

7. The parties' mediation and status report deadline:                              March 11, 2024

8. Dispositive motions deadline:                                                                  December 13, 2023
   *See FRCP 56(b).*

9.  Non-dispositive motions deadline:                                                 December 13, 2023
*Responses to dispositive and non-dispositive motions are due 21 days after the motions are filed. See Local Rule 6(C)(2)*

10. Daubert motions/motion to exclude expert deadline:                                December 13, 2023

11. Joint pretrial order ("JPO") (including witness/exhibit lists) deadline:          February 9, 2024

*All parties must file the joint pretrial order on time.*
***The following is only applicable to 8 U.S.C. § 1503 cases: Any testifying witness must execute an affidavit; the parties will submit all affidavits in conjunction with the joint pretrial order. See Exhibits A, B. At trial, the parties will be placed on time limits for direct and cross-examination. The Court will initiate questions to every witness before direct examination. See Exhibit C.***

12. Objections to exhibit or witness lists deadline:                                  February 26, 2024
*All objections must include copies of the disputed exhibit and legal authority.*

13. Responses to objections to exhibit and witness lists deadline:                    March 11, 2024

14. Final Pretrial Conference ("FPC") set for 2:00 P.M.:                              April 9, 2024

15. Jury Selection is set for 10:30 A.M.:                                             April 24, 2024


Approved:

/s/ J. Alex Huddleston                                    Date   June 8, 2023
Attorney-in-Charge, Plaintiff(s)

/s/ Alex J. Bell                                          Date   June 8, 2023
Attorney-in-Charge, Defendant(s)


Signed on this the   8th   day of   June  , 2023.

_____
Rolando Olvera
United States District Judge