United States District Court
Southern District of Texas
**ENTERED**
September 19, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| HDR ENGINEERING, INC., <br> "Plaintiff," | § § § | |
| v. | § § | Civil Action No. 1:22-cv-00079 |
| PROFESSIONAL SERVICE INDUSTRIES, INC., <br> "Defendant." | § § § § | |

## ORDER ON STIPULATION OF DISMISSAL

The Court is in receipt of the parties' "Joint Stipulation and Consent and Order of Dismissal with Prejudice" (Dkt. No. 88) in the above-captioned civil case. The parties informed the Court that the matters in controversy were resolved. *See* Dkt. No. 88. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims in the above-captioned lawsuit are **DISMISSED with prejudice**. Each party will bear its own attorney's fees, expenses, and costs. The Clerk of the Court is hereby **ORDERED** to close this case.

Signed on September 19, 2024.

_____
Rolando Olvera
United States District Judge